**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 13-8026

———————

THOMAS N. TWEH,

             Plaintiff - Appellant,

      v.

MR. ROBERT GREEN; CAPTAIN PAYNE; SERGEANT JEFFERS; CORPORAL
MUHAMMAD; SERGEANT TATE; DOCTOR DADGAR; MR. ANTHONY
STURGESS; DOCTOR DAVARIS; P.A. D. STANSBURY; SHERIFF DEPUTY
GREEN; SHERIFF DEPUTY SONGCO,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:12-cv-02360-GLR)

———————

Submitted:  April 17, 2014          Decided:  April 22, 2014

———————

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Thomas N. Tweh, Appellant Pro Se.  Christine M. Collins, Edward
Barry Lattner, COUNTY ATTORNEY'S OFFICE, Rockville, Maryland;
Jennifer L. Katz, Assistant Attorney General, Baltimore,
Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas N. Tweh seeks to appeal the district court's orders dismissing Tweh's 42 U.S.C. § 1983 (2006) claims against several Defendants and has filed a motion for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). Because Tweh's claims against three Defendants remain, the orders Tweh seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny Tweh's motion for appointment of counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED